CSD 1001A [11/15/04]

Name, Address, Telephone No. & I.D. No.

Richard C. Norton, Esq. (135024)
NORTON MOORE & ADAMS, LLP
525 B Street, Suite 1500
San Diego, CA 92101
Tel.:(619) 233-8200
Fax: (619) 231-7595
Attorneys for Gerald H. Davis, Chapter 7 Trustee

Order Entered on May 3, 2013
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
MICHAEL WAYNE CROW

In re
MICHELLE CROW

Case No.: 12-08958-LT7

Debtor(s)

Lead Case No.: 10-00978-LT7
(Jointly Administered)

Date of Hearing: May 2, 2013
Time of Hearing: 10:00 a.m.
Name of Judge: Laura S. Taylor

## ORDER ON MOTION FOR JOINT ADMINISTRATION

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through 5 with exhibits, if any, for a total of 5 pages, is granted. Motion/Application Docket Entry No. 55

//
//
//
//
//
//

DATED: May 3, 2013

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Norton Moore & Adams, LLP
(Firm name)

By:/s/ Richard C. Norton
   Attorney for [X] Movant [ ] Respondent

CSD 1001A

CSD 1001A [11/15/04](Page 2)
ORDER ON MOTION FOR JOINT ADMINISTRATION

In Re
MICHAEL WAYNE CROW

Lead Case No.:10-00978-LT7

In re

MICHELLE CROW

Jointly Administered with Case No.: 12-08958-LT7

---

This Court having read the Motion for Joint Administration and Appointment of Gerald H. Davis as Trustee in all Jointly Administered Cases (hereinafter the "Motion"), filed by counsel for Trustee, the Stipulation With United States Trustee Regarding Motion for Joint Administration (hereinafter the "Stipulation"), and the amended order granting said Stipulation [Docket No. 206 of Michael Wayne Crow proceeding and Docket No. 60 of Michelle Crow proceeding], and good cause otherwise appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED subject to the terms of the Stipulation.

2. The following cases are consolidated for procedural purposes only and shall be jointly administered by this Court under lead case In re Michael Wayne Crow, Case no. 10-00978-LT7:

    (a)  In re Michael Wayne Crow, Case No. 10-00978-LT7 (lead case)

    (b)  In re Michelle Crow, Case No. 12-08958-LT7.

3. The consolidated caption of the jointly administered cases, specifying all debtors and their respective case numbers, to be used on all pleadings, motions, operating reports and other papers served or filed in the jointly administered cases, shall read as follows on the caption marked and attached hereto as Exhibit "A".

4. Gerald H. Davis shall continue as the duly appointed Chapter 7 Trustee of the bankruptcy estate of In re Michael Wayne Crow , Case No. 10-00978-LT7, and Leonard J. Ackerman shall continue as the duly appointed Chapter 7 Trustee of the bankruptcy estate of In re Michelle Crow, Case No. 12-08958-LT7.

5. An order shall be made on the docket of each of the jointly administered cases, that is substantially similar to the following:

    "An order has been entered in accordance with Rule 1015 (b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of the following Chapter 7 Cases: In re Michael Wayne Crow, Case No. 10-00978-LT7; and In re Michelle Crow, Case No. 12-08958-LT7. All further pleadings and other papers shall be filed in, and all further dockets entries shall be made in, Case No. 10-00978-LT7."

6. One consolidated docket and one consolidated service list shall be maintained and used by the Court for the jointly administered cases.

7. Combined notices shall be sent to the creditors of the estates of the jointly administered cases.

8. Multiple claims registers shall be maintained for the jointly administered cases.

CSD 1001A

Signed by Judge Laura Stuart Taylor May 3, 2013

CSD 1001A [11/15/04](Page 3)
ORDER ON MOTION FOR JOINT ADMINISTRATION

In Re
MICHAEL WAYNE CROW                                  Lead Case No.:10-00978-LT7

In re                                               Jointly Administered with Case
                                                    No.:  12-08958-LT7
MICHELLE CROW

---

    9.  Any deviation from the foregoing procedures shall be by order of the Court.

    10.  Nothing contained in this Order of the Motion shall be deemed as, or construed, as directing or otherwise causing a substantive consolidation of the jointly administered cases.

    11.  This Court retains jurisdiction with respect to all matters arising out of or related to the implementation of this Order.


APPROVED AS TO FORM AND CONTENT:


TIFFANY L. CARROLL ACTING
UNITED STATES TRUSTEE


By:  /s/ David A. Ortiz
    David A. Ortiz, Esq.,
Trial Attorney for the Acting United States Trustee




  /s/ Leonard J. Ackerman, Trustee
    Leonard J. Ackerman,
Chapter 7 trustee for the bankruptcy estate of Michelle Crow.


CSD 1001A

Signed by Judge Laura Stuart Taylor May 3, 2013

# Exhibit "A"

1  Name of Counsel, State Bar No.
   Firm Name, if any
2  Street Address
   Post Office Box, if any
3  Area Code and Phone No.

4  Representation of Party in Interest

7              UNITED STATES BANKRUPTCY COURT

8              SOUTHERN DISTRICT OF CALIFORNIA

10 In re                              )  LEAD CASE NO. 10-00978-LT7
                                      )  (Jointly Administered)
11                                    )
   MICHAEL WAYNE CROW,                )
12                                    )
                                      )
13              Debtor.               )
                                      )
14 In Re                              )  **TITLE OF ORDER OR DOCUMENT**
                                      )
15 MICHELLE CROW,                     )
                                      )
16                                    )
           Case No. 12-08958-LT7      )  Judge: Laura S. Taylor
17                                    )

-1-

Exhibit "A"

Signed by Judge Laura Stuart Taylor May 3, 2013